**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **DE LAGE LANDEN FINANCIAL SERVICES, INC.,** | : | |
| | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | **CIVIL ACTION** |
| | : | |
| **SOUTHERN ILLINOIS INTERNAL MEDICINE, LTD; AND MAZHAR H. LAKHO,** | : | |
| | : | **NO. 25-1619** |
| | : | |
| | : | |
| Defendants, | : | |
| | : | |
| v. | : | |
| | : | |
| **INVASIX, INC.,** | : | |
| | : | |
| Third-Party Defendant. | : | |

**ORDER**

**AND NOW,** this 29th day of May, 2026, upon consideration of Plaintiff De Lage Landen Financial Services, Inc.'s Motion for Summary Judgment (ECF No. 35), and the responses thereto, it is hereby **ORDERED** that the Motion is **DENIED.**

It is **FURTHER ORDERED** that, upon consideration of Defendant Mazhar H. Lakho's Motion for Summary Judgment (ECF No. 38), and the responses thereto, the Motion is **DENIED.**

It is **FURTHER ORDERED** that, upon consideration of Third-Party Defendant Invasix, Inc.'s Motion for Summary Judgment (ECF No. 39), and the responses thereto, the Motion is **GRANTED.**

BY THE COURT:

_____
Hon. Mia R. Perez